**Gay Eugene BLANKENSHIP,**
**Plaintiff–Appellant,**

v.

**Darrell RANDOLPH, Defendant–**
**Appellee.**

**No. 10–7214.**

United States Court of Appeals,
Fourth Circuit.

Submitted: March 31, 2011.

Decided: April 5, 2011.

Gay Eugene Blankenship, Appellant Pro Se. Yvonne Bulluck Ricci, Assistant Attorney General, Raleigh, North Carolina, for Appellee.

Before NIEMEYER, SHEDD, and AGEE, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gay Eugene Blankenship seeks to appeal the district court's order denying his motion to strike Defendant's answer and denying his request for a copy of the Federal Rules of Civil Procedure. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Blankenship seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*